IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Christopher Kasper and                  :   Case No 18-10063-CMB
Trisha Kasper,                          :   Chapter 13
    Debtors                         :
                                        :
Christopher Kasper and                  :
Trisha Kasper,                          :
    Movants                         :   Related to Doc. No. 60
                                        :
    v.                              :
Credit Acceptance Corporation &         :
Ronda J. Winnecour, Chapter 13          :
Trustee,                                :
    Respondents                     :

## ORDER

AND NOW on this __11th__ day of __January__, __2023__, upon consideration of the Stipulation Of Settlement Of the Payment and Use of Insurance Proceeds, it is hereby ordered and directed as follows:

1. The total insurance proceeds consisting of $7980.23, paid by Erie Insurance, shall be paid to Christopher Kasper and Trisha Kasper and used by the Debtors toward the purchase of a suitable reliable replacement Vehicle.

2. The financing is permitted to be Outside of the Chapter 13 Bankruptcy Plan.

BY THE COURT:

FILED
1/11/23 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Judge Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10063-CMB |
| Christopher Kasper | Chapter 13 |
| Trisha Kasper | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Kasper, Trisha Kasper, 121 Vine Street, Girard, PA 16417-1433 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023                           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Trisha Kasper ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Christopher Kasper ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | |

District/off: 0315-1　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 11, 2023　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6