# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  CHRISTOPHER KASPER<br>TRISHA KASPER<br>            Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>            vs.<br>  CHRISTOPHER KASPER<br>TRISHA KASPER<br><br>       Respondents | Case No. 18-10063CMB<br><br>Chapter 13<br><br>Document No. ___63___ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___6th___ day of February, 20 23, it is hereby ORDERED, ADJUDGED, and DECREED that,

Maple Donuts
Attn: Payroll Administrator
3455 E Market St
York, PA 17402

is hereby ordered to immediately terminate the attachment of the wages of TRISHA KASPER, social security number XXX-XX-6511. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TRISHA KASPER.

BY THE COURT:

_/s/ Carlota M. Böhm_ **dmr**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
2/6/23 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-10063-CMB
Christopher Kasper  Chapter 13
Trisha Kasper
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2
Date Rcvd: Feb 06, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christopher Kasper, Trisha Kasper, 121 Vine Street, Girard, PA 16417-1433 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Trisha Kasper ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Christopher Kasper ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Feb 06, 2023 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6