# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **Christopher Kasper and** | : | Case No 18-10063-CMB |
| **Trisha Kasper,** | : | Chapter 13 |
|     **Debtors** | : | |
| | : | |
| **Christopher Kasper and** | : | |
| **Trisha Kasper,** | : | |
|     **Movants** | : | |
| | : | |
| v. | : | |
| **Ronda J. Winnecour, Esq.** | : | |
| **Ch. 13 Trustee** | : | |
|     **Respondent** | : | |

## DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors has made all payments required by the Chapter 13 Plan.

2. The Debtors were required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 19, 2018 at docket number 29 and 30, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>February 16, 2023</u>          BY:   /s/ Paul W. McElrath
                                                                            Paul W. McElrath, Esquire
                                                                            Attorney for Debtor/Movant
                                                                            PA I.D. #86220
                                                                            McElrath Legal Holdings, LLC
                                                                            1641 Saw Mill Run Blvd
                                                                            Pittsburgh, PA 15210
                                                                            (412) 765-3606

**PAWB Local Form 24 (07/13)**