UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Christopher & Trisha Kasper

Debtors

Case No.
18-10063
Chapter 13

_____/

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM # 5

**NOW COMES** Creditor, Midland Credit Management, Inc. as servicer for Midland Funding LLC, and hereby provides notice that the Proof of Claim # 5 dated February 28, 2018 in the amount of $584.47 has been satisfied.

Respectfully submitted:

**Joe Raymond on behalf of Midland Credit Management, Inc.**

/s/ Joe Raymond
Lead Bankruptcy Specialist
320 E. Big Beaver Rd., Suite 300
Troy, MI 48083
(586) 983-7150

FILED 23 FEB 23 AM 11:52 CLERK U.S. BANKRUPTCY COURT - ERIE

Dated: February 20, 2023