**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher Kasper**
**Trisha Kasper**
　Debtor(s)

Bankruptcy Case No.: 18−10063−CMB
Related to Doc. No. 70
Chapter: 13
Docket No.: 71 − 70

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

　**AND NOW,** this The 29th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

　**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 5/15/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/14/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

　**TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

　In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/23.**

　　　　　　　　　　　　　　　　　　　　　　　Carlota M Bohm
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10063-CMB |
| Christopher Kasper | Chapter 13 |
| Trisha Kasper | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: 408v | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Kasper, Trisha Kasper, 121 Vine Street, Girard, PA 16417-1433 |
| 14763551 | + | Colleen Zieber, 1320 West 25th Street, Erie, PA 16502-2340 |
| 14763553 | + | ENT Specilist Of North Western PA, 1645 West 8th Street, Erie, PA 16505-5007 |
| 14763554 | + | Erie County DRS, 140 West Sixth Street Room 6H, Erie, PA 16501-1032 |
| 14763555 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 14763558 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14763560 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Credit Management, 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 14766566 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14763547 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14805400 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bank Of America, N.A., Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 14966143 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bank of America, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14763548 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14763549 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:51 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14795103 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14763552 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 29 2023 23:53:00 | Credit Acceptance Corporation, 25505 W 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14763556 | + | Email/Text: EBNBKNOT@ford.com | Mar 29 2023 23:54:00 | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14763550 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:37 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14763557 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2023 23:53:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14781737 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408v | Total Noticed: 27 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren MI 48090-2011 |
| 14763559 | + | Email/Text: hmando@phbfcu.com | Mar 29 2023 23:55:00 | PHB Employees FCU, 7773 West Ridge Road, Fairview, PA 16415-1075 |
| 15006052 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14770812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14764509 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14763561 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 14763562 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:46 | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 14763563 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775293 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14999903 | * | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14775294 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14775295 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14775297 | *+ | Colleen Zieber, 1320 West 25th Street, Erie, PA 16502-2340 |
| 14775298 | *+ | Credit Acceptance Corporation, 25505 W 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14775299 | *+ | ENT Specilist Of North Western PA, 1645 West 8th Street, Erie, PA 16505-5007 |
| 14775300 | *+ | Erie County DRS, 140 West Sixth Street Room 6H, Erie, PA 16501-1032 |
| 14775301 | *+ | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 14775302 | *+ | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14775296 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14775303 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14775304 | *+ | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14775305 | *+ | PHB Employees FCU, 7773 West Ridge Road, Fairview, PA 16415-1075 |
| 14775307 | *+ | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 14775306 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14775308 | *+ | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 14775309 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408v | Total Noticed: 27 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
                    on behalf of Creditor BANK OF AMERICA   N.A. bnicholas@kmllawgroup.com

Jerome B. Blank
                    on behalf of Creditor BANK OF AMERICA   N.A. jblank@pincuslaw.com

Maria Miksich
                    on behalf of Creditor BANK OF AMERICA   N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
                    on behalf of Joint Debtor Trisha Kasper ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
                    on behalf of Debtor Christopher Kasper ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 7