**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER KASPER<br>TRISHA KASPER<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:18-10063<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/25/2018 and confirmed on 3/21/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,480.70 |
| Less Refunds to Debtor | 797.98 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,682.72 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 3,697.11 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,697.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 35,775.93 | 0.00 | 35,775.93 |
|     Acct: 9095 | | | | |
|   BANK OF AMERICA NA** | 675.42 | 675.42 | 0.00 | 675.42 |
|     Acct: 9095 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 16,337.98 | 16,337.98 | 1,892.23 | 18,230.21 |
|     Acct: 5841 | | | | |
|   CREDIT ACCEPTANCE CORP* | 13,169.53 | 13,169.53 | 1,525.25 | 14,694.78 |
|     Acct: 3836 | | | | |
| | | | | 69,376.34 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER KASPER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER KASPER | 641.00 | 641.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER KASPER | 156.98 | 156.98 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COLLEEN ZIEBER++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7462 | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 285.53 | 285.53 | 0.00 | 285.53 |
|     Acct: 4486 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,077.92 | 1,015.11 | 0.00 | 1,015.11 |
|     Acct: 2071 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

18-10063                                                                                                           Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1214 | | | | |
| ENT SPECIALISTS OF NW PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FNB CDC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9401 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1187 | | | | |
| CAPITAL ONE NA** | 456.81 | 223.16 | 0.00 | 223.16 |
| Acct: 4062 | | | | |
| PHB EMPLOYEES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7001 | | | | |
| PHB EMPLOYEES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6543 | | | | |
| PHB EMPLOYEES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7236 | | | | |
| PHB EMPLOYEES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7076 | | | | |
| ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 6,315.96 | 3,085.47 | 0.00 | 3,085.47 |
| Acct: 9205 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4486 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIE COUNTY DOMESTIC RLTNS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,609.27 |

TOTAL PAID TO CREDITORS                                                                                         73,985.61

TOTAL CLAIMED
PRIORITY            0.00
SECURED        30,182.93
UNSECURED       9,136.22

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER KASPER
TRISHA KASPER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-10063

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher Kasper  
Trisha Kasper  
    Debtors

Case No. 18-10063-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Mar 29, 2023     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Kasper, Trisha Kasper, 121 Vine Street, Girard, PA 16417-1433 |
| 14763551 | + | Colleen Zieber, 1320 West 25th Street, Erie, PA 16502-2340 |
| 14763553 | + | ENT Specilist Of North Western PA, 1645 West 8th Street, Erie, PA 16505-5007 |
| 14763554 | + | Erie County DRS, 140 West Sixth Street Room 6H, Erie, PA 16501-1032 |
| 14763555 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 14763558 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14763560 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | Midland Credit Management, 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 14766566 | | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14763547 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2023 23:53:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14805400 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bank Of America, N.A., Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 14966143 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bank of America, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14763548 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 29 2023 23:53:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14763549 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:18 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14795103 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14763552 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 29 2023 23:53:00 | Credit Acceptance Corporation, 25505 W 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14763556 | + | Email/Text: EBNBKNOT@ford.com | Mar 29 2023 23:54:00 | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14763550 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:36 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14763557 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2023 23:53:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14781737 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 27 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Warren MI 48090-2011 |
| 14763559 | + | Email/Text: hmando@phbfcu.com | Mar 29 2023 23:55:00 | PHB Employees FCU, 7773 West Ridge Road, Fairview, PA 16415-1075 |
| 15006052 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14770812 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14764509 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14763561 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 14763562 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:02 | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 14763563 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:04 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775293 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14999903 | * | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14775294 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14775295 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14775297 | *+ | Colleen Zieber, 1320 West 25th Street, Erie, PA 16502-2340 |
| 14775298 | *+ | Credit Acceptance Corporation, 25505 W 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14775299 | *+ | ENT Specilist Of North Western PA, 1645 West 8th Street, Erie, PA 16505-5007 |
| 14775300 | *+ | Erie County DRS, 140 West Sixth Street Room 6H, Erie, PA 16501-1032 |
| 14775301 | *+ | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 14775302 | *+ | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14775296 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14775303 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14775304 | *+ | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14775305 | *+ | PHB Employees FCU, 7773 West Ridge Road, Fairview, PA 16415-1075 |
| 14775307 | *+ | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 14775306 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14775308 | *+ | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 14775309 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 27 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Trisha Kasper ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Christopher Kasper ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7