| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Christopher Kasper**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7462<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Trisha Kasper**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6511<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–10063–CMB | | |

## Order of Discharge                                                                                                     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Kasper                                         Trisha Kasper

<u>5/16/23</u>                                             **By the court:** <u>Carlota M Bohm</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christopher Kasper  
Trisha Kasper  
    Debtors

Case No. 18-10063-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: May 16, 2023      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Kasper, Trisha Kasper, 121 Vine Street, Girard, PA 16417-1433 |
| 14763551 | + | Colleen Zieber, 1320 West 25th Street, Erie, PA 16502-2340 |
| 14763553 | + | ENT Specilist Of North Western PA, 1645 West 8th Street, Erie, PA 16505-5007 |
| 14763554 | + | Erie County DRS, 140 West Sixth Street Room 6H, Erie, PA 16501-1032 |
| 14763555 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 14763558 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14763560 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 17 2023 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 17 2023 03:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 00:08:00 | Midland Credit Management, 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 14766566 | | EDI: GMACFS.COM | May 17 2023 03:55:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14763547 | + | EDI: GMACFS.COM | May 17 2023 03:55:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14805400 | | EDI: BANKAMER.COM | May 17 2023 03:55:00 | Bank Of America, N.A., Bank of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 14966143 | | EDI: BANKAMER.COM | May 17 2023 03:55:00 | Bank of America, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14763548 | + | EDI: BANKAMER.COM | May 17 2023 03:55:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14763549 | | EDI: CAPITALONE.COM | May 17 2023 03:55:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

Case 18-10063-CMB    Doc 76    Filed 05/18/23    Entered 05/19/23 00:28:55    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14795103 | | Email/PDF: bncnotices@becket-lee.com | May 17 2023 00:25:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14763552 | + | Email/Text: ebnnotifications@creditacceptance.com | May 17 2023 00:07:00 | Credit Acceptance Corporation, 25505 W 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14763556 | + | Email/Text: EBNBKNOT@ford.com | May 17 2023 00:08:00 | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14763550 | | EDI: JPMORGANCHASE | May 17 2023 03:55:00 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14763557 | + | Email/Text: PBNCNotifications@peritusservices.com | May 17 2023 00:07:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14781737 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 00:08:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14763559 | + | Email/Text: hmando@phbfcu.com | May 17 2023 00:08:00 | PHB Employees FCU, 7773 West Ridge Road, Fairview, PA 16415-1075 |
| 15006052 | | EDI: PRA.COM | May 17 2023 03:55:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14770812 | | EDI: PRA.COM | May 17 2023 03:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14764509 | + | EDI: RECOVERYCORP.COM | May 17 2023 03:55:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14763561 | + | EDI: RMSC.COM | May 17 2023 03:55:00 | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 14763562 | + | EDI: RMSC.COM | May 17 2023 03:55:00 | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 14763563 | + | EDI: RMSC.COM | May 17 2023 03:55:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775293 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14999903 | * | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14775294 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14775295 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14775297 | *+ | Colleen Zieber, 1320 West 25th Street, Erie, PA 16502-2340 |
| 14775298 | *+ | Credit Acceptance Corporation, 25505 W 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14775299 | *+ | ENT Specilist Of North Western PA, 1645 West 8th Street, Erie, PA 16505-5007 |
| 14775300 | *+ | Erie County DRS, 140 West Sixth Street Room 6H, Erie, PA 16501-1032 |
| 14775301 | *+ | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 14775302 | *+ | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14775296 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 14775303 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14775304 | *+ | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14775305 | *+ | PHB Employees FCU, 7773 West Ridge Road, Fairview, PA 16415-1075 |
| 14775307 | *+ | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 14775306 | *+ | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14775308 | *+ | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: May 16, 2023 | Form ID: 3180W | Total Noticed: 29

14775309      *+            Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA N.A. jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Trisha Kasper ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Christopher Kasper ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7